Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
WARREN JEREMIAH SPIES

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| WARREN JEREMIAH SPIES,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>NELSON & KENNARD, a general partnership; ROBERT SCOTT KENNARD, individually and in his official capacity; JAMIE A. FORBES, individually and in her official capacity; and CAPITAL ONE BANK (USA), N.A., a national banking association;<br><br>　　　　　　　　Defendants. | Case No. 5:14-CV-03685-PSG<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Fed. R. Civ. P. 41(a)(1) |

COMES NOW the Plaintiff, WARREN JEREMIAH SPIES by and through his attorney Fred W. Schwinn of the Consumer Law Center, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1), respectfully notifies this Court that Plaintiff, WARREN JEREMIAH SPIES, hereby dismisses, with prejudice, all claims made by him against all Defendants in his Complaint filed herein on August 14, 2014. Plaintiff further notifies the Court that his dispute with Defendants has been settled.

Dated: October 30, 2014                                                /s/ Fred W. Schwinn
　　　　　　　　　　　　　　　　　　　　　　　　　Fred W. Schwinn, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　　WARREN JEREMIAH SPIES